# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHARON D. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV1106 DDN |
| ) | |
| OVERLAND PARK PLACE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. The motion will be provisionally granted. Additionally, the Court will transfer this case to the United States District Court for the District of Kansas.

Plaintiff brings this action under Title VII for alleged unlawful employment practices. Defendant is located in Overland Park, Kansas, and the facts giving rise to the complaint took place in Overland Park, Kansas. Moreover, plaintiff lives in Texas. There appears to be no connection between this case and Missouri.

Under Title VII's venue provision, an action for unlawful employment practices,

> may be brought in any judicial district in the State in which the unlawful employment practice is alleged to have been committed, in the judicial district in which the employment records relevant to such practice are maintained and administered, or in the judicial district in which the aggrieved person would have worked but for the alleged unlawful employment practice, but if the respondent is not found within any such

district, such an action may be brought within the judicial district in which the respondent has his principal office.

42 U.S.C. § 2005e-5(f)(3).

In this case, venue is proper in the District of Kansas. Under 28 U.S.C. § 1406(a), the "district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

The Court finds that it is in the interests of justice to transfer this case to the District of Kansas rather than to dismiss it at this time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is provisionally granted, subject to modification by the United States District Court for the District of Kansas.

**IT IS FURTHER ORDERED** that the Clerk shall transfer this case to the United States District Court for the District of Kansas. See 28 U.S.C. § 1406(b).

Dated this 29th Day of August, 2008.

*/s/ E. Richard Webber*
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE